## BUTLER v. STATE.
### No. 20257.

Court of Criminal Appeals of Texas.
March 15, 1939.

Burt Barr, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Upon appellant's plea of guilty of the offense of theft of property over the value of fifty dollars, and the waiver of a trial by jury, the court assessed his penalty at two years' confinement in the penitentiary.

The record is before us without a statement of facts or bills of exception, hence no question is presented for review. All matters of procedure appearing regular, the judgment will be affirmed.